No. 563. CHANDLER, U. S. DISTRICT JUDGE, *v.* OCCIDENTAL PETROLEUM CORP., 372 U. S. 915, 928. Motion of Earl A. Brown et al. for leave to file brief, as *amici curiae,* in support of petition for rehearing granted. Petition for rehearing denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE took no part in the consideration or decision of this motion and petition.

No. 817. WARRINER *v.* FINK ET AL., 372 U. S. 943. Motion to dispense with printing the petition for rehearing granted. Petition for rehearing denied.

APRIL 30, 1963.

No. 990. W. S. DICKEY CLAY MANUFACTURING Co. *v.* CORDER, DOING BUSINESS AS W. H. C. TRUCKING Co. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Carl L. Phinney* and *Frank A. Leffingwell* for petitioner. *James F. Gardner* and *James P. Hart* for respondent.

MAY 1, 1963.

No. 1115, Misc. CASANOVA *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. Motion for leave to file petition for writ of prohibition and/or mandamus dismissed pursuant to Rule 60 of the Rules of this Court. *Leonard B. Boudin* and *Victor Rabinowitz* for petitioner. *Solicitor General Cox, Assistant Attorney General Yeagley, George B. Searls* and *Robert S. Brady* for respondent.